**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

ANGELA ARCHIE                                                                                       PLAINTIFF

v.                                Case No. 4:23-CV-00417-JM-JTK

SOCIAL SECURITY ADMINISTRATION                                             DEFENDANT

## ORDER

Before the Court is Defendant's Unopposed Motion to Reverse and Remand this case to the Commissioner for further administrative proceedings. (Doc. No. 9) Upon examination of the merits of this case, this Court grants the motion, reverses this case, and remands it to the Commissioner pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

SO ORDERED THIS 18th day of July, 2023.

_____
James M. Moody Jr.
United States District Judge