# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

ANGELA ARCHIE                                                                                    PLAINTIFF

v.                              Case No. 4:23-CV-00417-JM-JTK

SOCIAL SECURITY ADMINISTRATION                                                 DEFENDANT

## JUDGMENT

Consistent with the Order entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is reversed and remanded to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

SO ORDERED THIS 18th day of July, 2023.

_____
James M. Moody Jr.
United States District Judge